**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6103**

_____

RONALD NOBLE,

                                            Petitioner - Appellant,

        versus

ATTORNEY GENERAL OF NORTH CAROLINA; FORSYTH
COUNTY SUPERIOR COURT,

                                       Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., Chief District Judge. (CA-98-104-1)

_____

Submitted: May 25, 1999                 Decided: June 2, 1999

_____

Before WILKINS, ERVIN, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald Noble, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Noble v. Attorney Gen. of N. Carolina, No. CA-98-104-1 (M.D.N.C. Dec. 4, 1998).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

\* Although the district court's order is marked as "filed" on December 3, 1999, the district court's records show that it was entered on the docket sheet on December 4, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).